# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| Isaac Wolf,<br>*Plaintiff(s)*<br>v.<br>University Professional & Technical Employees, Communications Workers of America Local 9119; Anne Shaw, in her official capacity as Secretary and Chief of Staff to the Regents of the University of California; Joshua Golka, in his official capacity as Executive Director of the California Public Employment Relations Board; and Xavier Becerra, in his official capacity as Attorney General of California,<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
    Xavier Becerra, Attorney General
    1300 "I" Street
    Sacramento, California 95814-2919

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Mark W. Bucher, mark@calpolicycenter.org, Law Office of Mark W. Bucher
18002 Irvine Boulevard, Suite 108, Tustin, California 92780-3321
Telephone: 714-313-3706; Facsimile: 714-573-2297
Brian Kelsey, bkelsey@libertyjusticecenter.org, Liberty Justice Center
190 South LaSalle Street, Chicao, IL 60603, Telephone: 312-263-7668; Facsimile: 312-263-7702

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                  _____
                                                                            *Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF CALIFORNIA
was received by me on *(date)* 05/31/2019 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* M. BAKER, CALIFORNIA DEPARTMENT OF JUSTICE , who is designated by law to accept service of process on behalf of *(name of organization)* XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF CALIFORNIA on *(date)* 05/31/2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 134.20 .

I declare under penalty of perjury that this information is true.

Date: 06/04/2019

*Server's signature*

ALEJANDRO J. RUBIO
*Printed name and title*
Nationwide Legal, LLC (12-234648)
200 W. Santa Ana Blvd., Suite 300
Santa Ana, CALIFORNIA, 92701
(714) 558-2400
REGISTRATION NUMBER: 2017-40
COUNTY: SACRAMENTO
*Server's address*

Additional information regarding attempted service, etc:

ADDRESS OF SERVICE: 1300 I STREET, SACRAMENTO, CALIFORNIA, 95814 (BUSINESS)

2855580