Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Isaac Wolf, )
   )  Case No: 4:19-cv-02881
   )
      Plaintiff(s), )
   )  **APPLICATION FOR**
   v. )  **ADMISSION OF ATTORNEY**
   )  **PRO HAC VICE**
UPTE et al. )  (CIVIL LOCAL RULE 11-3)
   )
      Defendant(s). )
   )

   I, Brian K. Kelsey, an active member in good standing of the bar of Tennessee, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff, Isaac Wolf, in the above-entitled action. My local co-counsel in this case is Mark W. Bucher, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 190 S. LaSalle St., Suite 1500<br>Chicago, IL 60603 | 18002 Irvine Blvd., Suite 108<br>Tustin, CA 92780-332 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (312) 263-7668 | (714) 313-3706 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| bkelsey@libertyjusticecenter.org | mark@calpolicycenter.org |

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 022874.

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   *I declare under penalty of perjury that the foregoing is true and correct*.

   Dated: 06/11/19                                          Brian K. Kelsey
                                                                APPLICANT

===

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

   IT IS HEREBY ORDERED THAT the application of Brian K. Kelsey is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:
                                          UNITED STATES DISTRICT/MAGISTRATE JUDGE

# Supreme Court of Tennessee
# Certificate of Good Standing

I, James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that

## Brian Kirk Kelsey

is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on November 12, 2003, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 27th day of March, 2019.

James M. Hivner
Clerk of the Supreme Court of Tennessee

By: *Kitty Martin*
Kitty Martin, D.C.