XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ANTHONY R. HAKL, State Bar No. 197335
Supervising Deputy Attorney General
JERRY T. YEN, State Bar No. 247988
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7836
Fax: (916) 324-8835
E-mail: Jerry.Yen@doj.ca.gov
*Attorneys for Defendants Xavier Becerra, in his official capacity as California Attorney General, and Joshua Golka, in his official capacity as Executive Director of the California Public Employment Relations Board*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ISAAC WOLF,**<br><br>Plaintiff,<br><br>**v.**<br><br>**UNIVERSITY PROFESSIONAL & TECHNICAL EMPLOYEES, COMMUNICATIONS WORKERS OF AMERICA LOCAL 9119; ANNE SHAW, in her official capacity as Secretary and Chief of Staff to the Regents of the University of California; JOSHUA GOLKA, in his official capacity as Executive Director of the California Public Employment Relations Board; and XAVIER BECERRA, in his official capacity as Attorney General of California,**<br><br>Defendants. | 3:19-cv-02881-WHA<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Judge: Hon. William Alsup<br>Action Filed: May 24, 2019 |

**STIPULATION**

Pursuant to Civil Local Rule 6-1(a), Plaintiff Isaac Wolf and Defendants Xavier Becerra, in his official capacity as Attorney General of California, and Joshua Golka, in his official capacity as Executive Director of the California Public Employment Relations Board, through their undersigned counsel, hereby stipulate as follows:

1. Plaintiff filed this action on May 24, 2019, and served the Complaint and summons on Attorney General Becerra and Mr. Golka on May 31, 2019;

2. Under Rule 12 of the Federal Rules of Civil Procedure, Attorney General Becerra and Mr. Golka currently have until June 21, 2019, to answer or otherwise respond to the Complaint;

3. Counsel for Attorney General Becerra and Mr. Golka requested, and counsel for Plaintiff consented, to an additional thirty-five days for Attorney General Becerra and Mr. Golka to answer or otherwise respond to the Complaint; and

4. Attorney General Becerra and Mr. Golka shall have until July 26, 2019, to file and serve an answer or otherwise respond to the Complaint.

IT IS SO STIPULATED.

Dated: June 14, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General

/s/ Jerry T. Yen
JERRY T. YEN
Deputy Attorney General
*Attorneys for Defendants Xavier Becerra, in his official capacity as California Attorney General, and Joshua Golka, in his official capacity as Executive Director of the California Public Employment Relations Board*

Dated: June 14, 2019

Respectfully submitted,

LAW OFFICE OF MARK W. BUCHER

/s/ Mark W. Bucher
MARK W. BUCHER
*Attorneys for Plaintiff Isaac Wolf*

Dated: June 14, 2019

Respectfully submitted,

LIBERTY JUSTICE CENTER
BRIAN K. KELSEY (*PRO HAC VICE TO BE FILED*)

/s/ Reilly Stephens
REILLY STEPHENS (*PRO HAC VICE TO BE FILED*)
*Attorneys for Plaintiff Isaac Wolf*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Jerry T. Yen, attest that concurrence in the filing of this document has been obtained.

/s/ Jerry T. Yen
JERRY T. YEN

SA2019102769 / 13823203.docx

## DECLARATION OF SERVICE BY E-MAIL

Case Name: **Wolf, Isaac v. University Professional & Technical Employees, et al.**
No.: **3:19-cv-02881**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter.

On June 14, 2019, I served the attached **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** by transmitting a true copy via electronic mail. In addition, I placed a true copy thereof enclosed in a sealed envelope, in the internal mail system of the Office of the Attorney General, addressed as follows:

Mark W. Bucher, Esq.
LAW OFFICE OF MARK W. BUCHER
18002 Irvine Blvd., Suite 108
Tustin, CA 92780-3321
**E-mail Address**: mark@calpolicycenter.org

Reilly Stephens
Liberty Justice Center
190 S. LaSalle Street, Suite 1500
Chicago, IL 60603
**E-mail Address**:
rstephens@libertyjusticecenter.org

Brian K. Kelsey
Liberty Justice Center
190 S. LaSalle Street, Suite 1500
Chicago, IL 60603
**E-mail Address**:
bkelsey@libertyjusticecenter.org

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 14, 2019, at Sacramento, California.

| Tracie L. Campbell | ***/s/ Tracie Campbell*** |
|---|---|
| Declarant | Signature |

SA2019102769
13826341.docx