Arthur Liou (SBN 252690)
Julia Lum (SBN 310291)
Danica Li (SBN 308650)
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
aliou@leonardcarder.com
jlum@leonardcarder.com
dli@leonardcarder.com

Attorneys for Defendant
UPTE-CWA 9119

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC WOLF,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY PROFESSIONAL & TECHNICAL EMPLOYEES, COMMUNICATIONS WORKERS OF AMERICA LOCAL 9119; ANNE SHAW, in her official capacity as Secretary and Chief of Staff to the Regents of the University of California; JOSHUA GOLKA, in his official capacity as Executive Director of the California Public Employment Relations Board; and XAVIER BECERRA, in his official capacity as Attorney General of California,<br><br>Defendants. | Case No. 3:19-cv-02881-WHA<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Judge: Hon. William Alsup |

STIPULATION TO EXTEND TIME

Pursuant to Civil Local Rule 6-1(a), Plaintiff Isaac Wolf ("Plaintiff") and Defendant University Professional and Technical Employees, Communications Workers of America Local 9119 ("UPTE"), through their undersigned counsel, hereby stipulate as follows:

1. Plaintiff filed this action on May 24, 2019, and served the Complaint and Summons ("Complaint") on UPTE on June 6, 2019;
2. Under Rule 12 of the Federal Rules of Civil Procedure, UPTE currently has until June 27, 2019, to answer or otherwise respond to the Complaint;
3. Counsel for UPTE requested, and counsel for Plaintiff consented, to additional time for UPTE to answer or otherwise respond to the Complaint; and
4. UPTE shall have until July 26, 2019, to file and serve an answer or otherwise respond to the Complaint.

IT IS SO STIPULATED.

DATED: June 17, 2019                LEONARD CARDER, LLP

                                    By: */s/ Arthur Liou*
                                        Arthur Liou
                                        Julia Lum
                                        Danica Li

                                        Attorneys for Defendant
                                        UPTE-CWA 9119

DATED: June 17, 2019                LAW OFFICE OF MARK W. BUCHER

                                    By: */s/ Mark W. Bucher*
                                        Mark W. Bucher

                                        Attorneys for Plaintiff Isaac Wolf

DATED: June 17, 2019                LIBERTY JUSTICE CENTER

                                    By: */s/ Reilly Stephens*
                                        Brian K. Kelsey *(Pro Hac Vice to be Filed)*
                                        Reilly Stephens *(Pro Hac Vice to be Filed)*

                                        Attorneys for Plaintiff Isaac Wolf

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Arthur Liou, attest that concurrence in the filing of this document has been obtained.

LEONARD CARDER, LLP

By: */s/ Arthur Liou*
     Arthur Liou

STIPULATION TO EXTEND TIME