1  HANSON BRIDGETT LLP
   DOROTHY S. LIU, SBN 196369
2  dliu@hansonbridgett.com
   GILBERT J. TSAI, SBN 247305
3  gtsai@hansonbridgett.com
   WINSTON K. HU, SBN 306677
4  whu@hansonbridgett.com
   425 Market Street, 26th Floor
5  San Francisco, California 94105
   Telephone:    (415) 777-3200
6  Facsimile:    (415) 541-9366

7  Rhonda S. Goldstein, #250387 *(Counsel for Service)*
   rhonda.goldstein@ucop.edu
8  University of California
   Office of the General Counsel
9  1111 Franklin Street, 8th Floor
   Oakland, CA  94607-5200
10 Telephone:    (510) 987-9800
   Facsimile:    (510) 987-9757

11

   Attorneys for Defendant
12 ANNE SHAW, in her official capacity as
   Secretary and Chief of Staff to The Regents of the
13 University of California

14                     **UNITED STATES DISTRICT COURT**

15                     **NORTHERN DISTRICT OF CALIFORNIA**

16

| | |
|---|---|
| 17  Isaac Wolf, | Case No. 3:19-cv-02881-WHA |
| 18          Plaintiff, | |
| 19          v. | **STIPULATION TO EXTEND TIME FOR DEFENDANT ANNE SHAW TO RESPOND TO PLAINTIFF'S** |
| 20  University Professional & Technical Employees, Communications Workers of | **COMPLAINT [N.D. CA CIVIL L.R. 6-1(a)]** |
| 21  America Local 9119; Anne Shaw, in her official capacity as Secretary and Chief of | Action Filed:    May 24, 2019 |
| 22  Staff to the Regents of the University of California; Joshua Golka, in his official | |
| 23  capacity as Executive Director of the California Public Employment Relations | |
| 24  Board; and Xavier Becerra, in his official capacity as Attorney General of California, | |
| 25          Defendants. | |
| 26 | |

27

28

Case No. 3:19-cv-02881-WHA
STIPULATION TO EXTEND TIME FOR DEFENDANT ANNE SHAW TO RESPOND TO PLAINTIFF'S COMPLAINT [N.D. CA CIVIL L.R. 6-1(a)]

15610525.1

**TO THE COURT AND ALL PARTIES, PLEASE TAKE NOTICE:**

Pursuant to Civil Local Rule 6-1(a), Plaintiff Isaac Wolf ("Plaintiff") and Defendant Anne Shaw, in her official capacity as Secretary and Chief of Staff to the Regents of the University of California ("Defendant"), hereby stipulate:

1. Plaintiff filed this action on May 24, 2019, and served the Complaint on Defendant on May 31, 2019;

2. Defendant currently has until June 21, 2019 to answer or otherwise respond to the Complaint, pursuant to Federal Rules of Civil Procedure Rule 12;

3. Plaintiff's counsel consented to an additional thirty-five days for Defendant to answer or otherwise respond to the Complaint; and

4. Defendant shall have until July 26, 2019 to file and serve an answer or otherwise respond to the Complaint. This extension will not alter the date of any event or any deadline already fixed by Court order.

IT IS SO STIPULATED.

DATED: June 20, 2019                HANSON BRIDGETT LLP

By:    */s/ Gilbert J. Tsai*
DOROTHY S. LIU
GILBERT J. TSAI
WINSTON K. HU
Attorneys for Defendant
ANNE SHAW, in her official capacity as Secretary and Chief of Staff to The Regents of the University of California

DATED: June 20, 2019                LAW OFFICE OF MARK W. BUCHER

By:    */s/ Mark W. Bucher*
MARK W. BUCHER
Attorneys for Plaintiff
ISAAC WOLF

| | | |
|---|---|---|
| 1 | DATED:  June 20, 2019 | LIBERTY JUSTICE CENTER |
| 2 | | |
| 3 | | By: ___*/s/ Brian K. Kelsey*___ |
| 4 | | BRIAN K. KELSEY *(PRO HAC VICE TO BE FILED)* |
| 5 | | *Attorneys for Plaintiff* |
| 6 | | ISAAC WOLF |

### ECF ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

| | | |
|---|---|---|
| 11 | DATED:  June 20, 2019 | HANSON BRIDGETT LLP |
| 13 | | By: ___*/s/ Gilbert J. Tsai*___ |
| 14 | | DOROTHY S. LIU |
| 15 | | GILBERT J. TSAI |
| | | WINSTON K. HU |
| 16 | | Attorneys for Defendant |
| | | ANNE SHAW, in her official capacity as |
| 17 | | Secretary and Chief of Staff to The Regents of the University of California |

-2-   Case No. 3:19-cv-02881-WHA
STIPULATION TO EXTEND TIME FOR DEFENDANT ANNE SHAW TO RESPOND TO PLAINTIFF'S COMPLAINT [N.D. CA CIVIL L.R. 6-1(a)]

15610525.1