Reset Form

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

Issac Wolf )
                Plaintiff(s), )  Case No: 4:19-cv-02881

v. ) **APPLICATION FOR**
) **ADMISSION OF ATTORNEY**
UPTE et al ) **PRO HAC VICE**
) (CIVIL LOCAL RULE 11-3)
                Defendant(s). )

    I, Reilly Stephens, an active member in good standing of the bar of Court of Appeals Maryland, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plantiff, Issac Wolf in the above-entitled action. My local co-counsel in this case is Mark W. Bucher, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 190 S. LaSalle St., Suite 1500<br>Chicago, IL 60603 | 18002 Irvine Blvd., Suite 108<br>Tustin, CA 92780-332 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (312) 263-7668 | (714) 313-3706 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| rstephens@libertyjusticecenter.org | Mark@CalPolicyCenter.org |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: N/A.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 06/11/19

                                        Reilly Stephens
                                        APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of Reilly Stephens is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 5, 2019

                              UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE