UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Isaac Wolf<br><br>Plaintiff(s)<br>v.<br><br>University Professional & Technical<br>Defendant(s) | CASE No C 3:19-cv-02881 WHA<br><br>ADR CERTIFICATION BY<br>PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: August 2, 2019                    _____
                                                          Party

Date: August 2, 2019                    /s/ Jerry T. Yen
                                                          Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☒ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: August 2, 2019                    /s/ Jerry T. Yen
                                                          Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

Form ADR-Cert rev. 1-15-2019

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Wolf, Isaac v. University Professional & Technical Employees, et al.** | No. | **3:19-cv-02881** |

I hereby certify that on <u>August 2, 2019</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>August 2, 2019</u>, at Sacramento, California.

| Tracie L. Campbell | */s/ Tracie Campbell* |
|---|---|
| Declarant | Signature |

SA2019102769
AG Cert of Service CMECF No Paper Filers.docx