Mark W. Bucher
mark@calpolicycenter.org
CA S.B.N. # 210474
Law Office of Mark W. Bucher
18002 Irvine Blvd., Suite 108
Tustin, CA 92780-3321
Phone: 714-313-3706
Fax: 714-573-2297

Brian K. Kelsey (*Pro Hac Vice*)
bkelsey@libertyjusticecenter.org
Reilly Stephens (*Pro Hac Vice*)
rstephens@libertyjusticecenter.org
James J. McQuaid (*Pro Hac Vice to be filed*)
jmcquaid@libertyjusticecenter.org
Liberty Justice Center
190 South LaSalle Street, Suite 1500
Chicago, Illinois 60603
Phone: 312-263-7668
Fax: 312-263-7702
*Attorneys for Plaintiff*
*Additional counsel listed on the next page*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Isaac Wolf,<br><br>              Plaintiff,<br><br>v.<br><br>University Professional & Technical Employees, Communications Workers of America Local 9119; Janet Napolitano, in her official capacity as President of the University of California; Joshua Golka, in his official capacity as Executive Director of the California Public Employment Relations Board; and Xavier Becerra, in his official capacity as Attorney General of California, | Case No. 3:19-cv-02881-WHA<br><br>**JOINT STIPULATIONS AND MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

| | |
|---|---|
| 1 | Defendants. |
| 2 | Winston Hu |
| 3 | Gilbert J. Tsai |
| 4 | Hanson Bridgett LLP |
| | 425 Market Street, 26th Floor |
| 5 | San Francisco, CA 94105 |
| 6 | 415-777-3200 |
| | Fax: 415-541-9366 |
| 7 | whu@hansonbridgett.com |
| 8 | gtsai@hansonbridgett.com |
| | *Attorneys for Defendant Janet Napolitano* |
| 9 | |
| 10 | Jerry T. Yen |
| | Office of Attorney General |
| 11 | 1300 I Street |
| 12 | Sacramento, CA 95814 |
| | 916-210-7836 |
| 13 | jerry.yen@doj.ca.gov |
| 14 | *Attorney for Defendants Joshua Golka and Xavier Becerra* |
| 15 | Arthur Liou |
| 16 | Julia Lum |
| | Danica Li |
| 17 | Leonard Carder, LLP |
| 18 | 1330 Broadway, Suite 1450 |
| | Oakland, CA 94612 |
| 19 | 510-272-0169 |
| 20 | Fax: 510-272-0174 |
| | aliou@leonardcarder.com |
| 21 | jlum@leonardcarder.com |
| 22 | dli@leonardcarder.com |
| | *Attorneys for Defendant University Professional and Technical Employees* |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Pursuant to Local Rule 16-2(d), Plaintiff Isaac Wolf, Defendants University Professional & Technical Employees, Communications Workers of America Local 9119("UPTE"), Janet Napolitano, Joshua Golka, and Xavier Becerra ("the parties") met and conferred on August 14, 2019 and bring this joint motion to continue the scheduled Case Management Conference set for August 22, 2019. In light of Plaintiff's First Amended Complaint, filed on August 9, 2019, and the Defendants' Motions to Dismiss, it would not be an efficient use of the Court's resources to move forward with the Case Management Conference at this time. Instead, the parties propose that this Court continue the Case Management Conference until the next available date following its ruling on the Defendants' Motions to Dismiss.

The parties therefore move the Court to accept the following stipulations and enter the accompanying orders.

<u>The parties stipulate that:</u>

1. The Motion to Dismiss filed by Defendant UPTE, and the Motion to Dismiss filed on behalf of Defendants Becerra and Golka, will be deemed to substantially apply to the First Amended Complaint as they did to the initial Complaint, such that they need not be redrafted and refiled, since only the first paragraph of Section I of Defendants Becerra and Golka's Motion (regarding the Meyers-Milias-Brown Act (MMBA) statutes) and the third paragraph and footnote 6 of Section IV.D of the UPTE Motion include arguments mooted by Plaintiff's amendment.

2. Defendant Janet Napolitano ("Ms. Napolitano"), added to the case by the First Amended Complaint, will file her own Motion to Dismiss by August 23, 2019.

3. Plaintiff will file his oppositions to all three Motions to Dismiss within 14 days of the filing of Ms. Napolitano's Motion, consistent with what the local rules would provide if all three motions were refiled concurrently.

4. Defendants will file their replies within 7 days of Plaintiff's oppositions.

5. The parties will schedule the Motions to Dismiss for hearing on September 26, 2019.

The parties ask that the Court order:

1. That the Case Management Conference scheduled for August 22, 2019 be continued until after this Court's ruling on Defendants' Motions to Dismiss.
2. That the following briefing schedule for the Motions to Dismiss be observed:
   a. August 23, 2019—Ms. Napolitano's Motion to Dismiss to be filed
   b. September 6, 2019—Plaintiff's deadline to file oppositions
   c. September 13, 2019—Defendants' deadline to reply
   d. September 26, 2019—Hearing date for the Motions to Dismiss
3. That the deadline for the parties to make initial disclosures pursuant to F. R. Civ. P. 26(a) be postponed until 14 days after this Court's ruling on the Defendants' Motions to Dismiss.

The Undersigned parties are all in agreement with this motion.

Dated: August 15, 2019

Respectfully submitted,

/s/ Mark W. Bucher
Mark W. Bucher
mark@calpolicycenter.org
CA S.B.N. # 210474
Law Office of Mark W. Bucher
18002 Irvine Blvd., Suite 108
Tustin, CA 92780-3321
Phone: 714-313-3706
Fax: 714-573-2297


/s/ Brian K. Kelsey
Brian K. Kelsey (*Pro Hac Vice*)
bkelsey@libertyjusticecenter.org
Reilly Stephens (*Pro Hac Vice*)

rstephens@libertyjusticecenter.org
James J. McQuaid (*Pro Hac Vice to be filed*)
jmcquaid@libertyjusticecenter.org
Liberty Justice Center
190 South LaSalle Street
Suite 1500
Chicago, Illinois 60603
Phone: 312-263-7668
Fax: 312-263-7702

*Attorneys for Plaintiff*

/s/ Winston Hu
Winston Hu
Gilbert J. Tsai
Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA 94105
415-777-3200
Fax: 415-541-9366
whu@hansonbridgett.com
gtsai@hansonbridgett.com
*Attorneys for Defendant Janet Napolitano*

/s/ Jerry T. Yen
Jerry T. Yen
Office of Attorney General
1300 I Street
Sacramento, CA 95814
916-210-7836
jerry.yen@doj.ca.gov
*Attorney for Defendants Joshua Golka and Xavier Becerra*

/s/ Arthur Liou
Arthur Liou
Julia Lum
Danica Li
Leonard Carder, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612

510-272-0169
Fax: 510-272-0174
aliou@leonardcarder.com
jlum@leonardcarder.com
dli@leonardcarder.com
*Attorneys for Defendant University Professional and Technical Employees*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Date: _____  By: _____
Hon. William Alsup