**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ISAAC WOLF,

    Plaintiff,

v.

UNIVERSITY PROFESSIONAL & TECHNICAL EMPLOYEES, COMMUNICATIONS WORKERS OF AMERICA LOCAL 9119, JANET NAPOLITANO, in her official capacity as President of the University of California, JOSHUA GOLKA, in his official capacity as Executive Director of the California Public Employment Relations Board, and XAVIER BECERRA, in his official capacity as Attorney General of California,

    Defendants.

                                                 /

No. C 19-02881 WHA

**ORDER TO SHOW CAUSE**

    Plaintiff Isaac Wolf initiated this action against various defendants seeking declaratory relief and damages for a purported deprivation of his First Amendment rights. The initial case management conference was scheduled for this morning at 11:00 A.M. The case was called. Defendants' counsel appeared, but plaintiff's counsel were not there. The case was put to the end of the calendar to give counsel the opportunity to appear. At the end of the calendar, the case was re-called but counsel were still not there.

    Accordingly, by **SEPTEMBER 19, 2019**, counsel for plaintiff — Mark Bucher, Brian Kelsey, and Reilly Stephens — must **SHOW CAUSE** why this case should not be dismissed for

lack of prosecution and why counsel should not be referred to the Court's Standing Committee on Professional Conduct for their absence. In addition, counsel appearing *Pro Hac Vice* must also **SHOW CAUSE** as to why their *Pro Hac Vice* status should not be revoked. All responses by counsel to this order to show cause must be made under oath. A hearing on this order to **SHOW CAUSE** is hereby set for **SEPTEMBER 26 AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated:  August 22, 2019.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE