XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ANTHONY R. HAKL, State Bar No. 197335
Supervising Deputy Attorney General
JERRY T. YEN, State Bar No. 247988
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7836
  Fax: (916) 324-8835
  E-mail: Jerry.Yen@doj.ca.gov
*Attorneys for Defendants Xavier Becerra, in his official capacity as California Attorney General, and Joshua Golka, in his official capacity as Executive Director of the California Public Employment Relations Board*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC WOLF,<br><br>                      Plaintiff,<br><br>v.<br><br>**UNIVERSITY PROFESSIONAL & TECHNICAL EMPLOYEES, COMMUNICATIONS WORKERS OF AMERICA LOCAL 9119; ANNE SHAW, in her official capacity as Secretary and Chief of Staff to the Regents of the University of California; JOSHUA GOLKA, in his official capacity as Executive Director of the California Public Employment Relations Board; and XAVIER BECERRA, in his official capacity as Attorney General of California,**<br><br>                      Defendants. | Case No. 3:19-cv-02881-WHA<br><br>**DEFENDANTS ATTORNEY GENERAL XAVIER BECERRA AND JOSHUA GOLKA'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>[Fed. R. Civ. P. 12(b)(1), 12(b)(6)]<br><br>Date: September 26, 2019<br>Time: 8:00 a.m.<br>Courtroom: 12<br>Judge: Hon. William Alsup<br>Trial Date: Not Set<br>Action Filed: May 24, 2019 |

1

Defendants Attorney General Xavier Becerra and Joshua Golka's
Notice of Motion and Motion to Dismiss (3:19-cv-02881-WHA)

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 26, 2019, at 8:00 a.m., or as soon thereafter as the matter may be heard before the Honorable William Alsup in Courtroom 12 on the 19th Floor of the United States District Court for the Northern District of California, located at the San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, Defendants Attorney General Xavier Becerra and Joshua Golka will and hereby do move under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure for an order dismissing Counts I and II of Plaintiff's First Amended Complaint. This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, all pleadings and papers on file in this action, and such other matters as may properly come before the Court.

Defendant moves for dismissal on grounds that (1) Plaintiff lacks standing because he cannot allege an injury-in-fact, (2) Plaintiff's claims in Counts I and II are moot because he is no longer a member of the union (and unlikely to rejoin the union) and has not been paying union membership dues, and (3) Plaintiff fails to state a claim upon which relief can be granted because the deduction of union dues is not a state action, but concerns a private agreement between Plaintiff and the union, and because the challenged statute in Count II – Cal. Gov't Code § 3583 – does not prohibit withdrawing from the union or stopping dues deductions, which are both covered under the terms of the membership authorization agreement between Plaintiff and the union.

2

Defendants Attorney General Xavier Becerra and Joshua Golka's
Notice of Motion and Motion to Dismiss (3:19-cv-02881-WHA)

| | |
|---|---|
| Dated:  August 23, 2019 | Respectfully submitted,<br><br>XAVIER BECERRA<br>Attorney General of California<br>ANTHONY R. HAKL<br>Supervising Deputy Attorney General<br><br>_/s/ Jerry T. Yen_<br>JERRY T. YEN<br>Deputy Attorney General<br>*Attorneys for Defendants Xavier Becerra, in his official capacity as California Attorney General, and Joshua Golka, in his official capacity as Executive Director of the California Public Employment Relations Board* |

SA2019102769
14036617.docx

3

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Wolf, Isaac v. University Professional & Technical Employees, et al.** | No. | **3:19-cv-02881** |

I hereby certify that on <u>August 23, 2019</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS ATTORNEY GENERAL XAVIER BECERRA AND JOSHUA GOLKA'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>August 23, 2019</u>, at Sacramento, California.

| Eileen A. Ennis | */s/ Eileen A. Ennis* |
|---|---|
| Declarant | Signature |

SA2019102769
14041291.docx