XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ANTHONY R. HAKL, State Bar No. 197335
Supervising Deputy Attorney General
JERRY T. YEN, State Bar No. 247988
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7836
 Fax: (916) 324-8835
 E-mail: Jerry.Yen@doj.ca.gov
*Attorneys for Defendants Xavier Becerra, in his official capacity as California Attorney General, and Joshua Golka, in his official capacity as Executive Director of the California Public Employment Relations Board*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ISAAC WOLF,**<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**UNIVERSITY PROFESSIONAL & TECHNICAL EMPLOYEES, COMMUNICATIONS WORKERS OF AMERICA LOCAL 9119; ANNE SHAW, in her official capacity as Secretary and Chief of Staff to the Regents of the University of California; JOSHUA GOLKA, in his official capacity as Executive Director of the California Public Employment Relations Board; and XAVIER BECERRA, in his official capacity as Attorney General of California,**<br><br>　　　　　　　　　　　　　Defendants. | Case No. 3:19-cv-02881-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS ATTORNEY GENERAL XAVIER BECERRA AND JOSHUA GOLKA'S MOTION TO DISMISS** |

1

[Proposed] Order Granting Defendants Attorney General Xavier Becerra and
Joshua Golka's Motion to Dismiss (3:19-cv-02881-WHA)

**[PROPOSED] ORDER**

Defendants Attorney General Xavier Becerra and Joshua Golka filed a Motion to Dismiss Plaintiff's First Amended Complaint on August 23, 2019.  After considering the submissions of the parties, the Court finds that Plaintiff Isaac Wolf has not alleged an injury-in-fact in order to establish standing.  The Court also finds that Plaintiff's claims are now moot, and Plaintiff has failed to state a claim upon which relief may be granted.

IT IS HEREBY ORDERED that Defendants Attorney General Xavier Becerra and Joshua Golka's Motion to Dismiss is GRANTED.  Counts I and II of the First Amended Complaint against Joshua Golka, in his official capacity as Executive Director of the California Public Employment Relations Board, and Attorney General Xavier Becerra are DISMISSED.

Dated: _____, 2019

Hon. William Alsup
U.S. District Judge

SA2019102769
14036619.docx

2

[Proposed] Order Granting Defendants Attorney General Xavier Becerra and
Joshua Golka's Motion to Dismiss (3:19-cv-02881-WHA)

# CERTIFICATE OF SERVICE

Case Name: **Wolf, Isaac v. University Professional & Technical Employees, et al.**   No. **3:19-cv-02881**

I hereby certify that on <u>August 23, 2019</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED] ORDER GRANTING DEFENDANTS ATTORNEY GENERAL XAVIER BECERRA AND JOSHUA GOLKA'S MOTION TO DISMISS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>August 23, 2019</u>, at Sacramento, California.

| Eileen A. Ennis | */s/ Eileen A. Ennis* |
|---|---|
| Declarant | Signature |

SA2019102769
14041294.docx