Arthur Liou (SBN 252690)
Julia Lum (SBN 310291)
Danica Li (SBN 308650)
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
aliou@leonardcarder.com
jlum@leonardcarder.com
dli@leonardcarder.com

Attorneys for Defendant
UPTE-CWA Local 9119

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC WOLF,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSITY PROFESSIONAL & TECHNICAL EMPLOYEES, COMMUNICATIONS WORKERS OF AMERICA LOCAL 9119; JANET NAPOLITANO, in her official capacity as President of the University of California; JOSHUA GOLKA, in his official capacity as Executive Director of the California Public Employment Relations Board; and XAVIER BECERRA, in his official capacity as Attorney General of California,<br><br>    Defendants. | Case No. 3:19-cv-02881-WHA<br><br>**DECLARATION OF ARTHUR LIOU IN SUPPORT OF DEFENDANT UPTE'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date:         September 26, 2019<br>Time:        8:00am<br>Courtroom:  12<br>Judge:       Hon. William Alsup<br><br>Action Filed: May 24, 2019 |

# DECLARATION OF ARTHUR LIOU

I, Arthur Liou, hereby declare:

1. The statements set forth in this declaration are made of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters stated below.

2. I am an attorney at Leonard Carder, LLP, which is counsel for the University Professional and Technical Employees, Communications Workers of America Local 9119 ("UPTE").

3. Attached as **Exhibit A** is a true and correct copy of the UPTE Membership and Dues Deduction Authorization Agreement signed by Isaac Wolf and dated April 10, 2018. Wolf, the plaintiff in this matter, admits that he signed the membership agreement and incorporates the document by reference in his First Amended Complaint. FAC ¶ 13, ECF No. 39.

I declare under the penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed on <u>August 23, 2019</u>, in <u>Oakland, California</u>.

_____/s/ *Arthur Liou*_____
ARTHUR LIOU

1
DECLARATION OF ARTHRU LIOU ISO DEFT'S NTC OF MTN AND MTN TO DISMISS FAC

# EXHIBIT 1

# UPTE STRONG! Affirm your commitment to outstanding UC jobs.

UPTE-CWA members have won excellent raises and preserved superb benefits and pensions. But now UC executives and anti-union politicians are seeking to erode our pay and benefits. All current and not-yet-members of UPTE need to sign this membership affirmation to preserve our achievements.



UPTE CWA 9119 AFL·CIO

Your position at UC is covered by an UPTE-CWA union contract. The contract determines your pay, benefits, and working conditions. Dues are the same for everyone and set uniformly by UPTE.

## CAMPUS
○ Berkeley  ○ Santa Cruz  ○ San Francisco  ○ Davis  ○ Santa Barbara  ○ Merced
● LBNL      ○ UCOP        ○ Riverside       ○ Irvine ○ Los Angeles    ○ San Diego

**NAME:** ISAAC WOLF
**EMPLOYEE NUMBER:** LBNL056180
**JOB TITLE:** FERMENTATION/RECOVERY PROCESS ENGINEER

**HOME ADDRESS:** 585 RED OAK AVE
**WORK PHONE:** (510) 486-4328
**HOME PHONE:** N/A  epw 041018

**CITY/STATE/ZIP:** ALBANY / CA / 94706
**WORK LOCATION (BUILDING/ROOM/CAMPUS):** EMERYVILLE STATION - ABPDU

**NAME OF PERSON WHO ASKED ME TO JOIN (if applicable):** N/A  epw 041018
**EMAIL:** iwolf@lbl.gov
**CELL PHONE/TEXT:** ☑ Please do not text me.

## MEMBERSHIP APPLICATION

**Authorization:** I apply to become a member of UPTE. I enter into this agreement in return for the privileges of UPTE membership and the long-term benefit of union representation. I direct UC to deduct membership dues from my monthly pay, and to transfer that money to UPTE. I can end my membership by following instructions in my union contract (found at www.upte-cwa.org), or as otherwise allowed by law. I understand that both union members and nonmembers benefit from representation and should contribute. If I resign or have resigned my union membership and the law no longer requires nonmembers to pay a fair share fee, I nevertheless agree voluntarily to contribute my fair share by paying a service fee in an amount equal to dues. I direct UC to deduct this service fee from my monthly pay and to transfer that money to UPTE. I understand that this voluntary service fee authorization shall renew each year on the anniversary of the date I sign below, unless I mail a signed revocation letter to UPTE's central office, postmarked between 75 days and 45 days before such annual renewal date.

**SIGNATURE:** Isaac Wolf
**DATE:** 041018

## POLITICAL ACTION FUND (PAF) AUTHORIZATION

**Authorization:** As public employees, we require a strong voice and resources to impact the government that funds us and passes laws that affect us. We do not use union dues or fees for elections. Instead, we need contributions from members like you to protect and improve our jobs and working conditions. Any contribution you make is voluntary and will go to the Communications Workers of America-COPE Political Contributions Committee for the purpose of making contribution in federal elections to protect and advance the interests of working people, including UPTE members and their families. Your contribution is separate from your union dues and is not a condition of membership. No favor or disadvantage will result from contributing or refusing to do so, and you are free to contribute more or less than the suggested amounts. Additionally, to comply with federal law, we must use our best efforts to collect and report the name, mailing address, occupation and name of employer for individuals whose contributions exceed $200 per election cycle. Contributions or gifts to the CWA-COPE PCC are not tax deductible as charitable contributions.

N/A  epw 041018

**Yes,** I want to contribute the following amount to CWA's PAF: ~~○ $10 per month~~ ~~○ $20 per month~~ ~~○ $40 per month~~ ~~○ $___ per month~~

**SIGNATURE:** 
**DATE:** 

For university use only

| TRAN CODE | EMPLOYEE ID NO. | DATE | ELEMENT NO. | BAL CD | AMOUNT |
|---|---|---|---|---|---|
| 1   2 | 4          12 | 13   MO DY YR   18 | 19        22 | 23 | 23              30 |
| X1 |  | . . | 6 | G | . . . . . . . |
| X1 |  | . . | 6 | G | . . . . . . . |
| X1 |  | . . | 6 | G | . . . . . . . |