Arthur Liou (SBN 252690)
Julia Lum (SBN 310291)
Danica Li (SBN 308650)
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
aliou@leonardcarder.com
jlum@leonardcarder.com
dli@leonardcarder.com

Attorneys for Defendant
UPTE-CWA Local 9119

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC WOLF,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSITY PROFESSIONAL & TECHNICAL EMPLOYEES, COMMUNICATIONS WORKERS OF AMERICA LOCAL 9119; JANET NAPOLITANO, in her official capacity as President of the University of California; JOSHUA GOLKA, in his official capacity as Executive Director of the California Public Employment Relations Board; and XAVIER BECERRA, in his official capacity as Attorney General of California,<br><br>    Defendants. | Case No. 3:19-cv-02881-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT UPTE'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date:         September 26, 2019<br>Time:        8:00am<br>Courtroom:  12<br>Judge:       Hon. William Alsup<br><br>Action Filed:  May 24, 2019 |

1   University Professional and Technical Employees, Communication Workers of America
2   Local 9119's ("UPTE") Motion to Dismiss the First Amended Complaint of Plaintiff Isaac Wolf
3   came on regularly for hearing before this court on September 26, 2019.
4   After consideration of the briefs and arguments of counsel, and all other matters presented,
5   the court makes the following findings:
6   (1)   This court lacks subject-matter jurisdiction over Wolf's claims for prospective
7         declaratory relief because they are moot.
8   (2)   Wolf has failed to plead factual allegations sufficient to state a claim upon which
9         relief may be granted.
10  IT IS HEREBY ORDERED that UPTE's Motion to Dismiss is GRANTED, and Plaintiff Isaac
11  Wolf's First Amended Complaint is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED: _____                         By:  _____
                                              Honorable William Alsup

1
[PROPOSED] ORDER GRANTING DEFENDANT UPTE'S MOTION TO DISMISS FAC