HANSON BRIDGETT LLP
GILBERT J. TSAI, SBN 247305
gtsai@hansonbridgett.com
WINSTON K. HU, SBN 306677
whu@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendant
JANET NAPOLITANO, in her official capacity as President of the University of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Isaac Wolf,<br><br>        Plaintiff,<br><br>    v.<br><br>University Professional & Technical Employees, Communications Workers of America Local 9119; Janet Napolitano, in her official capacity as President of the University of California; Joshua Golka, in his official capacity as Executive Director of the California Public Employment Relations Board; and Xavier Becerra, in his official capacity as Attorney General of California,<br><br>        Defendants. | Case No. 3:19-cv-02881-WHA<br><br>**[PROPOSED] ORDER GRANTING JANET NAPOLITANO'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date:    September 26, 2019<br>Time:    8:00 a.m.<br>Crtrm:   12, 19th Floor<br>Judge:   The Hon. William Alsup |

Case No. 3:19-cv-02881-WHA

[PROPOSED] ORDER GRANTING JANET NAPOLITANO'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

15775589.1

1  Defendant Janet Napolitano's Motion to Dismiss Plaintiff's First Amended Complaint
2 came on for hearing before this Court on September 26, 2019 at 8:00 a.m.  Janet Napolitano ("Ms.
3 Napolitano") is sued in her official capacity as President of the University of California (the
4 "University").  Having considered the arguments and authorities submitted by the Parties, the
5 Court GRANTS Defendant's Motion and dismisses Plaintiff's Complaint against her.
6  The California Public Employment Relations Board has exclusive jurisdiction over
7 Plaintiff's claims and Plaintiff voluntarily authorized the University to deduct union dues from
8 payroll, and therefore the United States Supreme Court's decision in *Janus v. AFSCME*, Council
9 31, 138 S. Ct. 2448 (2018) does not apply.
10  For these reasons, the Court grants Defendant Janet Napolitano's Motion to Dismiss with
11 prejudice and without leave to amend.
12  **IT IS SO ORDERED.**
13
14  Dated: _____

    The Hon. William Alsup
15     Judge, United States District Court

16
17
18
19
20
21
22
23
24
25
26
27
28

15775589.1

-1-   Case No. 3:19-cv-02881-WHA
[PROPOSED] ORDER GRANTING JANET NAPOLITANO'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT