IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ISSAC WOLF,

    Plaintiff,

v.

UNIVERSITY PROFESSIONAL & TECHNICAL EMPLOYEES, COMMUNICATIONS WORKERS OF AMERICA LOCAL 9119, JANET NAPOLITANO, in her official capacity as President of the University of California, JOSHUA GOLKA, in his official capacity as Executive Director of the California Public Employment Relations Board, and XAVIER BECERRA, in his official capacity as Attorney General of California,

    Defendants.

No. C 19-02881 WHA

**ORDER ON MOTIONS TO DISMISS**

    For the reasons stated on the record, defendants' motions to dismiss are **DENIED** without prejudice to the issues being re-raised on motions for summary judgment. Having reviewed counsels' declaration on the order to show cause, the order is **DISCHARGED**.

    **IT IS SO ORDERED.**

Dated: September 26, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE