XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ANTHONY R. HAKL, State Bar No. 197335
Supervising Deputy Attorney General
JERRY T. YEN, State Bar No. 247988
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7836
  Fax:  (916) 324-8835
  E-mail:  Jerry.Yen@doj.ca.gov
*Attorneys for Defendants Xavier Becerra, in his official capacity as California Attorney General, and Joshua Golka, in his official capacity as Executive Director of the California Public Employment Relations Board*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ISAAC WOLF,**<br><br>Plaintiff,<br><br>v.<br><br>**UNIVERSITY PROFESSIONAL & TECHNICAL EMPLOYEES, COMMUNICATIONS WORKERS OF AMERICA LOCAL 9119; JANET NAPOLITANO, in her official capacity as President of the University of California; JOSHUA GOLKA, in his official capacity as Executive Director of the California Public Employment Relations Board; and XAVIER BECERRA, in his official capacity as Attorney General of California,**<br><br>Defendants. | 3:19-cv-02881-WHA (KAW)<br><br>**STIPULATION FOR ORDER RE-SETTING TELEPHONIC SCHEDULING CONFERENCE; [PROPOSED] ORDER**<br><br><br>Judge:         Hon. William H. Alsup<br>Trial Date:    October 26, 2020<br>Action Filed: May 24, 2019 |

1

Stip. For Order Re-Setting Telephonic Scheduling Conference (3:19-cv-02881-WHA)

**STIPULATION**

Pursuant to Civil Local Rule 6-2, Plaintiff Isaac Wolf and Defendants Xavier Becerra, in his official capacity as Attorney General of California, and Joshua Golka, in his official capacity as Executive Director of the California Public Employment Relations Board, University Professional & Technical Employees, Communications Workers of America Local 9119("UPTE"), and Janet Napolitano, in her official capacity as President of the University of California through their undersigned counsel, hereby stipulate as follows:

1. This matter has been assigned to Magistrate Judge Kandis Westmore for settlement;

2. Judge Westmore set a pre-settlement telephone conference for December 12, 2019, at 3:00 P.M. (ECF No. 60);

3. The parties respectfully request that the conference be re-scheduled for January 9, 2020, at 3:00 P.M.

4. If that date is unavailable, the parties are also available on January 23, 2020, at 3:00 P.M. or February 13, 2020, at 3:00 P.M.

2

Stip. For Order Re-Setting Telephonic Scheduling Conference (3:19-cv-02881-WHA)

| | |
|---|---|
| Dated:  October 4, 2019 | Respectfully submitted, |
| | XAVIER BECERRA<br>Attorney General of California<br>ANTHONY R. HAKL<br>Supervising Deputy Attorney General |
| | /s/ Jerry T. Yen<br>JERRY T. YEN<br>Deputy Attorney General<br>*Attorneys for Defendants Xavier Becerra, in his official capacity as California Attorney General, and Joshua Golka, in his official capacity as Executive Director of the California Public Employment Relations Board* |
| | /s/ Arthur Liou<br>Arthur Liou<br>Julia Lum<br>Danica Li<br>Leonard Carder, LLP<br>1330 Broadway, Suite 1450<br>Oakland, CA 94612<br>510-272-0169<br>Fax: 510-272-0174<br>aliou@leonardcarder.com<br>jlum@leonardcarder.com<br>dli@leonardcarder.com<br>*Attorneys for Defendant University Professional and Technical Employees* |
| | /s/ Gilbert J. Tsai<br>Gilbert J. Tsai<br>Winston Hu<br>Hanson Bridgett LLP<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105<br>415-777-3200<br>Fax: 415-541-9366<br>gtsai@hansonbridgett.com<br>whu@hansonbridgett.com *Attorneys for Defendant Janet Napolitano* |
| | /s/ Reilly Stephens<br>Reilly Stephens (*Pro Hac Vice*)<br>rstephens@libertyjusticecenter.org<br>Brian K. Kelsey (*Pro Hac Vice*)<br>bkelsey@libertyjusticecenter.org<br>Liberty Justice Center<br>190 South LaSalle Street |

3

Stip. For Order Re-Setting Telephonic Scheduling Conference (3:19-cv-02881-WHA)

Suite 1500
Chicago, Illinois 60603
Phone: 312-263-7668
Fax: 312-263-7702
*Attorneys for Plaintiff Isaac Wolf*

## **FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Jerry T. Yen, attest that concurrence in the filing of this document has been obtained.

                                            /s/ Jerry T. Yen
                                            JERRY T. YEN

SA2019102769 / Stipulation for Order re Setting Telephonic Scheduling Conference; [ Proposed] Order.docx

4

Stip. For Order Re-Setting Telephonic Scheduling Conference (3:19-cv-02881-WHA)

## [PROPOSED] ORDER

Having reviewed and considered the foregoing stipulation, and good cause appearing, the pre-settlement telephonic scheduling conference will be held on January ~~9,~~ 23 2020, at 3:00 P.M.

**IT IS SO ORDERED.**

Dated: October 15, 2019

*Kandis Westmore*

HONORABLE KANDIS WESTMORE
UNITED STATES MAGISTRATE JUDGE

5

Stip. For Order Re-Setting Telephonic Scheduling Conference (3:19-cv-02881-WHA)