Mark W. Bucher
mark@calpolicycenter.org
CA S.B.N. # 210474
Law Office of Mark W. Bucher
18002 Irvine Blvd., Suite 108
Tustin, CA 92780-3321
Phone: 714-313-3706
Fax: 714-573-2297

Brian K. Kelsey (*Pro Hac Vice*)
bkelsey@libertyjusticecenter.org
Reilly Stephens (*Pro Hac Vice*)
rstephens@libertyjusticecenter.org
James J. McQuaid (*Pro Hac Vice to be filed*)
jmcquaid@libertyjusticecenter.org
Liberty Justice Center
190 South LaSalle Street, Suite 1500
Chicago, Illinois 60603
Phone: 312-263-7668
Fax: 312-263-7702
*Attorneys for Plaintiff*
*Additional counsel listed on the next page*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Isaac Wolf,<br><br>    Plaintiff,<br><br>v.<br><br>University Professional & Technical Employees, Communications Workers of America Local 9119; Janet Napolitano, in her official capacity as President of the University of California; Joshua Golka, in his official capacity as Executive Director of the California Public Employment Relations Board; and Xavier Becerra, in his official capacity as Attorney General of California, | Case No. 3:19-cv-02881-WHA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

Defendants.

Gilbert J. Tsai
Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA 94105
415-777-3200
Fax: 415-541-9366
gtsai@hansonbridgett.com
*Attorney for Defendant Janet Napolitano*

Jerry T. Yen
Office of Attorney General
1300 I Street
Sacramento, CA 95814
916-210-7836
jerry.yen@doj.ca.gov
*Attorney for Defendants Joshua Golka and Xavier Becerra*

Arthur Liou
Julia Lum
Danica Li
Leonard Carder, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
510-272-0169
Fax: 510-272-0174
aliou@leonardcarder.com
jlum@leonardcarder.com
dli@leonardcarder.com
*Attorneys for Defendant University Professional and Technical Employees*

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, through undersigned counsel, hereby stipulate to the dismissal with prejudice of Defendant Joshua Golka, in his official capacity as Executive Director of the California Public Employment Relations Board, from this action.

Dated: February 10, 2020

Respectfully submitted,

/s/ Mark W. Bucher
Mark W. Bucher
mark@calpolicycenter.org
CA S.B.N. # 210474
Law Office of Mark W. Bucher
18002 Irvine Blvd., Suite 108
Tustin, CA 92780-3321
Phone: 714-313-3706
Fax: 714-573-2297


/s/ Brian K. Kelsey
Brian K. Kelsey (*Pro Hac Vice*)
bkelsey@libertyjusticecenter.org
Reilly Stephens (*Pro Hac Vice*)
rstephens@libertyjusticecenter.org
James J. McQuaid (*Pro Hac Vice to be filed*)
jmcquaid@libertyjusticecenter.org
Liberty Justice Center
190 South LaSalle Street
Suite 1500
Chicago, Illinois 60603
Phone: 312-263-7668
Fax: 312-263-7702

*Attorneys for Plaintiff*

/s/ Gilbert J. Tsai
Gilbert J. Tsai
Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA 94105
415-777-3200
Fax: 415-541-9366
gtsai@hansonbridgett.com
*Attorney for Defendant Janet Napolitano*

/s/ Jerry T. Yen
Jerry T. Yen
Office of Attorney General
1300 I Street
Sacramento, CA 95814
916-210-7836
jerry.yen@doj.ca.gov
*Attorney for Defendants Joshua Golka and Xavier Becerra*

/s/ Arthur Liou
Arthur Liou
Julia Lum
Danica Li
Leonard Carder, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
510-272-0169
Fax: 510-272-0174
aliou@leonardcarder.com
dli@leonardcarder.com
jlum@leonardcarder.com
*Attorneys for Defendant University Professional and Technical Employees*

# FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Brian K. Kelsey, attest that concurrence in the filing of this document has been obtained.

<u>/s/ Brian K. Kelsey</u>
Brian K. Kelsey

# [PROPOSED] ORDER

Having reviewed and considered the foregoing stipulation, the stipulation is approved. Defendant Joshua Golka, in his official capacity as Executive Director of the California Public Employment Relations Board, is hereby dismissed with prejudice from this action. The dismissal is as to Mr. Golka only and has no effect upon the other defendants.

**IT IS SO ORDERED.**

Dated: February 12, 2020.

HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE