Mark W. Bucher
mark@calpolicycenter.org
CA S.B.N. # 210474
Law Office of Mark W. Bucher
18002 Irvine Blvd., Suite 108
Tustin, CA 92780-3321
Phone: 714-313-3706
Fax: 714-573-2297

Brian K. Kelsey (*Pro Hac Vice*)
bkelsey@libertyjusticecenter.org
Reilly Stephens (*Pro Hac Vice*)
rstephens@libertyjusticecenter.org
Liberty Justice Center
190 South LaSalle Street, Suite 1500
Chicago, Illinois 60603
Phone: 312-263-7668
Fax: 312-263-7702
*Attorneys for Plaintiff*
*Additional counsel listed on the next page*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Isaac Wolf,<br><br>          Plaintiff,<br><br>v.<br><br>University Professional & Technical Employees, Communications Workers of America Local 9119; Janet Napolitano, in her official capacity as President of the University of California; and Xavier Becerra, in his official capacity as Attorney General of California,<br><br>          Defendants. | Case No. 3:19-cv-02881-WHA<br><br>**JOINT MOTION AND [PROPOSED] ORDER TO STAY** |

Gilbert J. Tsai
Winston Hu
Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA 94105
415-777-3200
Fax: 415-541-9366
gtsai@hansonbridgett.com
whu@hansonbridgett.com
*Attorneys for Defendant Janet Napolitano*

Jerry T. Yen
Office of Attorney General
1300 I Street
Sacramento, CA 95814
916-210-7836
jerry.yen@doj.ca.gov
*Attorney for Defendant Xavier Becerra*

Arthur Liou
Julia Lum
Danica Li
Leonard Carder, LLP
1999 Harrison Street, Suite 2700
Oakland, CA 94612
510-272-0169
Fax: 510-272-0174
aliou@leonardcarder.com
jlum@leonardcarder.com
dli@leonardcarder.com
*Attorneys for Defendant University Professional and Technical Employees*

Plaintiff Isaac Wolf, Defendants University Professional & Technical Employees, Communications Workers of America Local 9119 ("UPTE"), Janet Napolitano, and Xavier Becerra ("the parties"), jointly move this court to stay all proceedings in this matter pending the decision of the United States Court of Appeals for the Ninth Circuit in *Belgau v. Inslee*, No. 19-35137.

1. Plaintiff Isaac Wolf is an employee of the University of California represented by UPTE.
2. Wolf requested to withdraw his membership in UPTE and cease payroll deductions, but was denied on the basis of language in his union membership agreement that specified an annual window period for cancelling deductions.
3. Wolf brought this case claiming that UPTE's membership revocation and dues deduction policies violated his rights as recognized in *Janus v. AFSCME* 138 S.Ct. 2448 (2018).
4. *Belgau v. Inslee*, No. 19-35137, presents similar questions of law regarding the rights recognized in *Janus*.
5. The Plaintiffs in *Belgau* are public employees who attempted to withdraw their union membership after the *Janus* decision, but were required to continue paying dues on the basis of signed membership agreements with window periods.
6. On December 10, 2019 the Ninth Circuit heard oral argument in *Belgau*. No decision has issued at this time.
7. The parties believe it is likely the Ninth Circuit's decision in *Belgau* may substantially inform the outcome of Wolf's claims in this case.
8. As such, the parties believe that the interests of judicial economy and conservation of resources are best served by staying this case until the issuance of a decision by the Court of Appeal in *Belgau*. Other similar cases on appeal to the Ninth Circuit have been stayed by that court pending the decision in *Belgau*, e.g., *Smith v. Bieker*, Ninth Circuit Case No. 19-16381, N.D. Cal. Case No.

3:18-cv-05472; *Hernandez v. AFSCME California*, Ninth Circuit Case No. 20-15076, E.D. Cal. Case No. 2:18-cv-02419-WBS-EFB.

Dated: February 25, 2020

                Respectfully submitted,

                <u>/s/ Mark W. Bucher</u>
                Mark W. Bucher
                mark@calpolicycenter.org
                CA S.B.N. # 210474
                Law Office of Mark W. Bucher
                18002 Irvine Blvd., Suite 108
                Tustin, CA 92780-3321
                Phone: 714-313-3706
                Fax: 714-573-2297


                <u>/s/ Brian K. Kelsey</u>
                Brian K. Kelsey (*Pro Hac Vice*)
                bkelsey@libertyjusticecenter.org
                Reilly Stephens (*Pro Hac Vice*)
                rstephens@libertyjusticecenter.org
                Liberty Justice Center
                190 South LaSalle Street
                Suite 1500
                Chicago, Illinois 60603
                Phone: 312-263-7668
                Fax: 312-263-7702
                *Attorneys for Plaintiff*


                <u>/s/ Gilbert J. Tsai</u>
                Gilbert J. Tsai
                Winston Hu
                Hanson Bridgett LLP
                425 Market Street, 26th Floor
                San Francisco, CA 94105

```
                              415-777-3200
                              Fax: 415-541-9366
                              gtsai@hansonbridgett.com
                              whu@hansonbridgett.com
                              Attorneys for Defendant Janet Napolitano

                              /s/ Jerry T. Yen
                              Jerry T. Yen
                              Office of Attorney General
                              1300 I Street
                              Sacramento, CA 95814
                              916-210-7836
                              jerry.yen@doj.ca.gov
                              Attorney for Defendant Xavier Becerra

                              /s/ Arthur Liou
                              Arthur Liou
                              Julia Lum
                              Danica Li
                              Leonard Carder, LLP
                              1999 Harrison Street, Suite 2700
                              Oakland, CA 94612
                              510-272-0169
                              Fax: 510-272-0174
                              aliou@leonardcarder.com
                              dli@leonardcarder.com
                              jlum@leonardcarder.com
                              Attorneys for Defendant University Professional
                              and Technical Employees
```

# FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Brian K. Kelsey, attest that concurrence in the filing of this document has been obtained.

/s/ Brian K. Kelsey
Brian K. Kelsey

**[PROPOSED] ORDER**

Having reviewed and considered the foregoing joint motion to stay the case, the motion is granted. This case is hereby stayed and the stay will terminate as of the issuance of a final decision by the United States Court of Appeals for the Ninth Circuit in *Belgau v. Inslee*, No. 19-35137.

**IT IS SO ORDERED.**

Dated: _____ _____

HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE