Mark W. Bucher
mark@calpolicycenter.org
CA S.B.N. # 210474
Law Office of Mark W. Bucher
18002 Irvine Blvd., Suite 108
Tustin, CA 92780-3321
Phone: 714-313-3706
Fax: 714-573-2297

Brian K. Kelsey (*Pro Hac Vice*)
bkelsey@libertyjusticecenter.org
Reilly Stephens (*Pro Hac Vice*)
rstephens@libertyjusticecenter.org
Liberty Justice Center
190 South LaSalle Street, Suite 1500
Chicago, Illinois 60603
Phone: 312-263-7668
Fax: 312-263-7702
*Attorneys for Plaintiff*
*Additional counsel listed on the next page*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Isaac Wolf, <br><br> Plaintiff, <br><br> v. <br><br> University Professional & Technical Employees, Communications Workers of America Local 9119; Janet Napolitano, in her official capacity as President of the University of California; and Xavier Becerra, in his official capacity as Attorney General of California, <br><br> Defendants. | Case No. 3:19-cv-02881-WHA <br><br> **JOINT MOTION TO SET SUMMARY JUDGMENT BRIEFING SCHEDULE** |

Gilbert J. Tsai
Winston Hu
Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA 94105
415-777-3200
Fax: 415-541-9366
gtsai@hansonbridgett.com
whu@hansonbridgett.com
*Attorneys for Defendant Janet Napolitano*

Jerry T. Yen
Office of Attorney General
1300 I Street
Sacramento, CA 95814
916-210-7836
jerry.yen@doj.ca.gov
*Attorney for Defendant Xavier Becerra*

Arthur Liou
Julia Lum
Danica Li
Leonard Carder, LLP
1999 Harrison Street, Suite 2700
Oakland, CA 94612
510-272-0169
Fax: 510-272-0174
aliou@leonardcarder.com
jlum@leonardcarder.com
dli@leonardcarder.com
*Attorneys for Defendant University Professional and Technical Employees*

Plaintiff, Isaac Wolf, and Defendants University Professional & Technical Employees, Communications Workers of America Local 9119, Janet Napolitano, and Xavier Becerra (collectively "the Parties"), jointly move this court to set a briefing schedule for the parties' cross-Motions for Summary Judgment.

1. The parties have completed their depositions, and Defendants plan to respond to Plaintiff's written discovery requests on June 26, 2020, which will fulfill this Court's discovery deadline of July 10, 2020.
2. The parties believe that there are not significant disputes of material fact in this case; therefore, the case should be appropriately decided on summary judgment. Plaintiff and each Defendant each plan to file a Motion for Summary Judgment.
3. The parties propose the following briefing schedule to ensure the cross-motions for summary judgment may be heard by this Court in a timely manner prior to the October 26, 2020 trial date.
4. The Parties will file their Motions for Summary Judgment by July 30, 2020.
5. The Parties will file their Responses by August 13, 2020, which is the current deadline for filing dispositive motions in the case.
6. The Parties will file Replies by August 21, 2020. The Parties agree to limit their Replies, if any, to a maximum of five (5) pages.
7. The hearing on the cross-Motions for Summary Judgment shall be set on September 3, 2020.

Dated: June 23, 2020

                                              Respectfully submitted,

                                              /s/ Brian K. Kelsey
                                              Brian K. Kelsey (*Pro Hac Vice*)
                                              bkelsey@libertyjusticecenter.org
                                              Reilly Stephens (*Pro Hac Vice*)
                                              rstephens@libertyjusticecenter.org
                                              Liberty Justice Center

190 South LaSalle Street
Suite 1500
Chicago, Illinois 60603
Phone: 312-263-7668
Fax: 312-263-7702

Mark W. Bucher
mark@calpolicycenter.org
CA S.B.N. # 210474
Law Office of Mark W. Bucher
18002 Irvine Blvd., Suite 108
Tustin, CA 92780-3321
Phone: 714-313-3706
Fax: 714-573-2297
*Attorneys for Plaintiff*

/s/ Gilbert J. Tsai
Gilbert J. Tsai
Winston Hu
Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA 94105
415-777-3200
Fax: 415-541-9366
gtsai@hansonbridgett.com
whu@hansonbridgett.com
*Attorneys for Defendant Janet Napolitano*

/s/ Jerry T. Yen
Jerry T. Yen
Office of Attorney General
1300 I Street
Sacramento, CA 95814
916-210-7836
jerry.yen@doj.ca.gov
*Attorney for Defendant Xavier Becerra*

/s/ Arthur Liou
Arthur Liou
Julia Lum

Case No. 3:19-cv-02881-WHA  4

JOINT MOTION TO SET SUMMARY JUDGMENT BRIEFING SCHEDULE

16643152.2

| | |
|---|---|
| 1 | Danica Li |
| 2 | Leonard Carder, LLP |
| 3 | 1999 Harrison Street, Suite 2700 |
| 4 | Oakland, CA 94612 |
| 5 | 510-272-0169 |
| 6 | Fax: 510-272-0174 |
|  | aliou@leonardcarder.com |
|  | dli@leonardcarder.com |
|  | jlum@leonardcarder.com |
|  | *Attorneys for Defendant University Professional and Technical Employees* |

# **FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Brian K. Kelsey, attest that concurrence in the filing of this document has been obtained.

<u>/s/ Brian K. Kelsey</u>
Brian K. Kelsey

**[PROPOSED] ORDER**

Having reviewed and considered the foregoing joint motion to set a summary motion briefing schedule, the motion is granted. The Court sets the follow schedule for briefing the parties' cross-Motions for Summary Judgment:

1. The parties will file their cross-Motions for Summary Judgment by July 30, 2020.
2. The parties will file their Responses by August 13, 2020.
3. The Parties will file Replies by August 21, 2020. The Parties will limit their Replies, if any, to a maximum of five (5) pages.
4. The Court will hear the motions at oral argument on September 3, 2020.

**IT IS SO ORDERED.**

Dated: _____  _____

HONORABLE WILLIAM H. ALSUP<br>UNITED STATES DISTRICT JUDGE