UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ISSAC WOLF,<br><br>   Plaintiff,<br><br>   v.<br><br>University Professional & Technical Employees, Communications Workers of America Local 9119; Janet Napolitano, in her official capacity as President of the University of California; and Xavier Becerra, in his official capacity as Attorney General of California,<br><br>   Defendants. | No. C 19-02881 WHA<br><br>**GRANTING PARTIES' JOINT MOTION TO SET SUMMARY JUDGMENT BRIEFING SCHEDULE** |

This order hereby **GRANTS** the parties' stipulation to set the summary judgment briefing schedule as outlined in their proposed schedule (*see* Dkt. No. 73). Moreover, this order hereby **DENIES** the parties' motion to stay (*see* Dkt. No. 72) in light of their stipulation.

**IT IS SO ORDERED.**

Dated: June 25, 2020.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE