UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC WOLF, <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY PROFESSIONAL & TECHNICAL EMPLOYEES, COMMUNICATIONS WORKERS OF AMERICA LOCAL 9119; JANET NAPOLITANO, in her official capacity as President of the University of California; and XAVIER BECERRA, in his official capacity as Attorney General of California, <br><br> Defendants. | No. C 19-02881 WHA <br><br> **ORDER REQUESTING INFORMATION** |

The Court has the following question: If Wolf had chosen to remain a nonmember, would he have been required to nevertheless to pay agency fees?

Answer yes or no. The parties' answer to this question is due by **SEPTEMBER 16 AT 5 P.M**. The parties' answers shall be three pages or less. If the answer is yes, please identity where the requirement came from.

**IT IS SO ORDERED.**

Dated: September 15, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE