UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC WOLF,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSITY PROFESSIONAL & TECHNICAL EMPLOYEES, COMMUNICATIONS WORKERS OF AMERICA LOCAL 9119; JANET NAPOLITANO, in her official capacity as President of the University of California; and XAVIER BECERRA, in his official capacity as Attorney General of California,<br><br>　　　　Defendants. | No. C 19-02881 WHA<br><br>**JUDGMENT** |

　　For the reasons stated in the accompanying order granting defendants' motions for summary judgment and denying plaintiff's motion for summary judgment, FINAL JUDGMENT IS HEREBY ENTERED in favor of University Professional & Technical Employees, Communications Workers of America Local 9119 ("UPTE"), Michael Drake (successor to Janet Napolitano), in his official capacity as the President of the University of California, and Xavier Becerra in his official capacity as the Attorney General of California, and against Isaac Wolf.

　　**IT IS SO ORDERED.**

Dated: October 29, 2020.

|  |  |
|---|---|
| 1 |  |
| 2 | _____ |
| 3 | WILLIAM ALSUP<br>UNITED STATES DISTRICT JUDGE |

2