Mark W. Bucher
mark@calpolicycenter.org
Law Office of Mark W. Bucher
18002 Irvine Blvd., Suite 108
Tustin, CA 92780-3321
P - 714-313-3706
F – 714-573-2297

Brian K. Kelsey (Admitted *Pro Hac Vice*)
bkelsey@libertyjusticecenter.org
Reilly Stephens (Admitted *Pro Hac Vice*)
rstephens@libertyjusticecenter.org
Liberty Justice Center
190 South LaSalle Street
Suite 1500
Chicago, Illinois 60603
P - 312-263-7668
F - 312-263-7702
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Isaac Wolf,<br><br>        Plaintiff,<br><br>  v.<br><br>University Professional & Technical Employees, *et al.*,<br><br>        Defendants. | CASE NO:  3:19-cv-02881-WHA<br><br>**REPRESENTATION STATEMENT** |

**REPRESENTATION STATEMENT**

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Rule 3-2 of the Circuit Rules, Plaintiff-Appellant, Isaac Wolf, submits this Representation Statement with his Notice of Appeal. The undersigned represents Plaintiff-Appellant Isaac Wolf in this action and no other party. The information below shows all of the parties to the action and identifies their counsel by name, firm, address, and telephone number.

| PARTY | COUNSEL |
|---|---|
| Plaintiff-Appellant<br>Issac Wolf | BRIAN K. KELSEY<br>REILLY STEPHENS<br>Liberty Justice Center<br>190 South LaSalle Street, Suite 1500<br>Chicago, IL 60603<br>P – 312-263-7668<br>F – 312-263-7702 |
| Defendant-Appellee<br>University Professional and Technical Employees, Communications Workers of America Local 9119 | ARTHUR WEI-WEI LIOU<br>DANICA LI<br>JULIA ALICE LUM<br>Leonard Carder, LLP<br>1999 Harrison Street, Suite 2700<br>Oakland, CA 94612<br>P – 510-272-0169<br>F – 510-272-0174 |
| Defendant-Appellee<br>Xavier Becerra | JERRY T. YEN<br>California State Attorney General's Office<br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>P – 916-210-7836<br>F – 916-324-8835 |
| Defendant-Appellee<br>Michael V. Drake | GILBERT J. TSAI<br>WINSTON K HU<br>Hanson Bridgett LLP<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105<br>P – 415-777-3200<br>F – 415-541-9366 |

Dated: November 30, 2020

        Respectfully submitted,

        /s/ Brian K. Kelsey
        Brian K. Kelsey
        bkelsey@libertyjusticecenter.org
        Reilly W. Stephens
        rstephens@libertyjusticecenter.org
        Liberty Justice Center
        190 S. LaSalle Street, Suite 1500
        Chicago, Illinois 60603
        P - 312-263-7668
        F - 312-263-7702
        *Attorneys for Plaintiff Thomas Few*